

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*  
*Chief, Violent Crimes*  
*Michael.Hanlon@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4895  
MAIN: 410-209-4800  
FAX: 410-962-3124

January 25, 2015

Honorable Catherine C. Blake  
United States District Judge  
U.S. Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

    Re:    <u>United States v. Vaughn Winters</u>  
            Crim. No. CCB-14-0588

Dear Judge Blake:

    I am writing to advise the Court of the status of the above case. The defendant is charged with possession of a firearm by a previously convicted felon, in violation of 18 U.S.C. Section 922(g)(1). In anticipation of a possible plea resolution, and upon consultation with the defense, the government has filed a criminal information.

    Although the parties believe that there is a substantial possibility of a plea resolution in this case, plea negotiations continue. I am filing, contemporaneously with this status letter, a motion to exclude time under the Speedy Trial Act. In that motion, I provide some additional information concerning the status of this case.

    I thank the Court for its consideration of this matter.

                                             Very truly yours,

                                             Rod J. Rosenstein  
                                             United States Attorney

                                             _____/s/_____  
                                             Michael C. Hanlon  
                                             Assistant United States Attorney

cc:    Counsel via ECF